IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CONCEPCION TORRES SANTIAGO,

    Plaintiff,

v.                                        CIVIL NO. 97-1183 (RLA)

VICTOR FAJARDO,

    Defendant.

ENTERED ON DOCKET 9/20/99 PURSUANT TO FRCP RULES 58 &

RECEIVED & FILED 1999 SEP 20 PM 2:34 CLERK'S OFFICE DISTRICT COURT SAN JUAN PR

## JUDGMENT

The Court having dismissed the complaint filed in this case through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17 day of September, 1999.

                            RAYMOND L. ACOSTA
                          United States District Judge

AO 72
(Rev 8/82)